MERRILL LYNCH, PIERCE, FEN-
NER & SMITH, INCORPO-
RATED, Plaintiff,

v.

HARPER FAMILY TRUST; et
al., Defendants—Appellees,

Jorge Glen Harper, Defendant—
Appellant,

Andrew James Harper, and James
W. Harper, Jr., Defendants—
Appellees.

No. 03–36015.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 13, 2005.

Decided Aug. 15, 2005.

Before: GOODWIN, BRUNETTI, and
W. FLETCHER, Circuit Judges.

MEMORANDUM *

In this diversity action, Jorge Glen Har-
per appeals the district court's judgment
in favor of Andrew James Harper ("A.J.")
on a Washington state law defamation
claim as well as the district court's award
of enhanced attorneys' fees to A.J. and
James W. Harper under Alaska Rule of

Civil Procedure 82. For the reasons stat-
ed by the district court, we AFFIRM.

AFFIRMED.

---

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as provided by Ninth
Circuit Rule 36–3.

